IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

HOUSER, JEREMY SCOTT                           CASE NO. 21-20326
HOUSER, SARAH JEAN                              Chapter 7

     Debtor(s).

## NOTICE OF REQUEST TO THE BANKRUPTCY CLERK'S OFFICE IN THE ABOVE-CAPTIONED CASE

The Trustee, Patricia E Hamilton, in the above-captioned case, requests that the Bankruptcy Clerk's office furnish to her the following information to assist the Trustee in the closing of the case:

**Nominal Assets** _____                **Asset Case** _____

**Calculation of court costs:**

| | |
|---|---|
| a) Adversary filing fees | -0- |
| b) Reopening fee | -0- |
| c) Notices or [check] | -0- |
|     Noticing fees paid previously | |
| d) Certifications | -0- |
| e) Appeals | -0- |
| f) Filing Fee -- (Unpaid by Debtor) | -0- |
| TOTAL COSTS | -0- |

DATED: 02/17/2022

s/ Patricia E. Hamilton
Patricia E. Hamilton, #13263
4848 SW 21st Street, Suite 201
Topeka, KS 66604
785-408-8000
785-408-8003 (Fax)
Phamilton@stevensbrand.com